Case 1:17-cr-00162-JRS-MJD   Document 884   Filed 10/29/24   Page 1 of 1 PageID #: 4332

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America )
v. )
Cory Bailey )
aka Corey Bailey )
) Case No: 1:17CR00162-006
) USM No: 15887-028
Date of Original Judgment: 05/23/2019 )
Date of Previous Amended Judgment: )
*(Use Date of Last Amended Judgment if Any)* ) Jacob Leon
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __188 months__ months **is reduced to** __172 months__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __05/23/2019__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/29/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable James R. Sweeney II, U.S. District Court Judge
*Printed name and title*